# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN BUONONATO,

    Plaintiff(s),

v.

SAM'S WEST, INC.,

    Defendant(s).

Case No.: 2:19-cv-01221-RFB-NJK

**ORDER**

(Docket No. 7)

Pending before the Court is Defendant's request for a scheduling conference. Docket No. 7. The Court **GRANTS** that request and **SETS** a scheduling conference for January 28, 2020, at 1:30 p.m. *Id.*

IT IS SO ORDERED.

Dated: January 22, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1