E. BREEN ARNTZ, ESQ.
Nevada Bar No. 3853
*The Law Office of Karen H. Ross*
2275 Corporate Circle, Suite 160
Henderson, Nevada 89074
Phone: (702) 485-4152
Fax: (702) 485-4125
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BUONONATO, an individual, | |
| Plaintiff, | Case No.: 2:19-cv-01221-RFB-NJK |
| vs. | |
| SAM'S WEST, INC d/b/a SAM'S CLUB STORE NUMBER 6257, a foreign corporation; DOES I through X, inclusive; and ROES I through I through X, inclusive, | **STIPULATION** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JOHN BUONONATO and Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257, by and through their counsel, that counsel for the parties have conferred and due to unexpected medical circumstances, the parties agree to a stay in the above matter for one hundred eighty (180) days effective February 18, 2021. Counsel submitted a Stipulation to stay all deadlines for a period of ninety (90) days on February 18, 2021, due to a technical issue it was never received and additional time is necessary.

//

//

//

//

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

THE LAW OFFICE OF KAREN H. ROSS
2275 CORPORATE CIRCLE | SUITE 160
HENDERSON | NEVADA 89074
TEL: (702) 485-4152 | FAX: (702) 485-4125

IT IS FURTHER STIPULATED that counsel agrees to further confer at the conclusion of the stay as to whether additional time is necessary.

IT IS FURTHER STIPULATED that all pending discovery deadlines will need to be extended and a stipulated discovery schedule will be submitted upon the conclusion of the stay.

Dated this 17th day of May, 2021              Dated this 17th day of May, 2021
THE LAW OFFICE OF KAREN H. ROSS          PHILLIPS, SPALLAS & ANGSTADT, LLC

   /s/ E. Breen Arntz                              /s/ Daniel E. Joslyn
E. BREEN ARNTZ, ESQ.                       DANIEL E. JOSLYN, ESQ.
Nevada Bar No. 3853                        Nevada Bar No. 14725
2275 Corporate Circle, Suite 160          504 South Ninth Street
Henderson, Nevada 89074                    Las Vegas, Nevada 89101
*Attorney for Plaintiff*                   *Attorney for Defendant*

## **ORDER**

Upon stipulation of the parties, by and through their respective counsel of record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED due to extenuating circumstances an immediate stay is hereby issued in the above matter for a period of one hundred eighty (180) days effective February 18, 2021, *nunc pro tunc.*

IT IS FURTHER ORDERED that all pending discovery deadlines will need to be extended and a stipulated discovery schedule will be submitted upon the conclusion of the stay.

Dated this 2nd day of ___June___, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
THE LAW OFFICE OF KAREN H. ROSS

   /s/ E. Breen Arntz
E. BREEN ARNTZ, ESQ.
Nevada Bar No. 3853
2275 Corporate Circle, Suite 160
Henderson, Nevada 89074
*Attorney for Plaintiff*

2