UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BOUNONATO,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257, a foreign corporation; DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:19-cv-01221-RFB-NJK<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Defendant SAM'S WEST, INC. dba SAM'S CLUB STORES NUMBER 6257 hereby substitutes attorneys, Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, located at 1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144, in the above-entitled action, in place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, located at 504 South Ninth Street, Las Vegas, Nevada 89101.

DATED: March 24, 2022

SAM'S WEST, INC. dba SAM'S CLUB STORES NUMBER 6257

By: *Matthew Burgess*

1

Attorney Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, hereby consents to the substitution of Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, as attorney of record for Defendant SAM'S WEST, INC. dba SAM'S CLUB STORES NUMBER 6257.

DATED: March 22nd, 2022

PHILLIPS, SPALLAS & ANGSTADT LLC

By: _____
Robert K. Phillips, Esq. (Bar #11441)
rphillips@psalaw.net
Timothy D. Kuhls, Esq. (Bar #13362)
tkuhls@psalaw.net

Attorneys Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, hereby consent to act as the attorney of record for Defendant SAM'S WEST, INC. dba SAM'S CLUB STORES NUMBER 6257 in the above-referenced matter in the place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC.

DATED: March 25th, 2022

SKANE MILLS LLP

By: /s/ Sarai L. Thornton
_____
Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com

IT IS SO ORDERED.

Dated: March 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge