**SODW**
Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
Laleaque Grad, Esq. (Bar #8475)
lgrad@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BOUNONATO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257, a foreign corporation; DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>　　　　　Defendants. | **CASE NO.: 2:19-cv-01221-RFB-NJK**<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257, WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, JOHN BOUNONATO ("Plaintiff"), by and through his counsel of record, Karen H. Ross, Esq. of THE LAW OFFICE OF KAREN H. ROSS, and Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257, by and through its counsel of record, Laleaque Grad, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff JOHN BOUNONATO against Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257 and any amendments thereafter, are

1 hereby dismissed with prejudice against SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257.  Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 29th day of September, 2022.

THE LAW OFFICE OF KAREN H. ROSS

   */s/ E. Breen Arntz*

By:_____
E. Breen Arntz, Esq. (Bar #3853)
*breen@breen.com*
2275 Corporate Circle, Suite 160
Henderson, Nevada  89074

*Attorney for Plaintiff,*
JOHN BOUNONATO

DATED this 29th day of September, 2022.

SKANE MILLS LLP

   */s/  Sarai Thornton*

By:_____
Sarai L. Thornton, Esq. (Bar #11067)
*sthornton@skanemills.com*
Laleaque Grad, Esq. (Bar #8475)
*lgrad@skanemills.com*
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144

*Attorneys for Defendant,*
SAM'S WEST, INC. d/b/a
SAM'S CLUB STORE NUMBER 6257

## ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, JOHN BOUNONATO, against Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257, in the above-captioned matter, United States District Court, Case No. 2:19-cv-01221-RFB-NJK, including all claims alleged therein, are hereby dismissed with prejudice as to Defendant SAM'S WEST, INC. d/b/a SAM'S CLUB STORE NUMBER 6257. Each party to bear its own attorneys' fees and costs.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 6th day of October, 2022.

Respectfully submitted by:

SKANE MILLS LLP

*/s/ Sarai Thornton*
By:_____
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
Laleaque Grad, Esq. (Bar #8475)
lgrad@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
T: (702) 363-2535

*Attorneys for Defendant,*
SAM'S WEST, INC. d/b/a
SAM'S CLUB STORE NUMBER 6257

**Yesenia Lutes**

| | |
|---|---|
| **From:** | Breen Arntz <breenarntz@me.com> |
| **Sent:** | Thursday, September 29, 2022 11:58 AM |
| **To:** | Yesenia Lutes |
| **Cc:** | Leilani Gonzalez; Karen Ross; Myranda Matys; Laleaque Grad; Arntz Breen; Samantha Gomez |
| **Subject:** | Re: [External Sender] Buononato v. Sam's West - Release |
| **Attachments:** | Stipulation and Order for Dismissal (DRAFT) (01295182xB2F9F).PDF |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You may affix my signature. Will you correct Karen's suite number to 160.


Breen Arntz, Esq.
Arntz Associates
5545 Mountain Vista
Suite E
Las Vegas,  NV 89120
Direct 702.595.4800
Mobile 702.524.7059
Fax 702.446.8164
breen@breen.com


> On Sep 29, 2022, at 11:04 AM, Yesenia Lutes <YLutes@skanemills.com> wrote:
>
> Leilani,
>
> Attached is the revised stipulation. Please make sure your runner brings the original signatures to both the release and stipulation when collecting the check. Otherwise, Mr. Arntz needs to confirm we have authorization to insert his electronic signature to the dismissal.
>
> Thank you.



Yesenia Lopez-Lutes, Paralegal

1

1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144
p: 702-363-2535 ext. 505
ylutes@skanemills.com | skanemills.com
LOS ANGELES * SAN DIEGO * SAN FRANCISCO * LAS VEGAS

THE INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message is intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone at the number below and do not disclose the contents, use it for any purpose, or store or copy the information in any medium.

**From:** Leilani Gonzalez [mailto:Leilani@khrlawgroup.com]
**Sent:** Wednesday, September 28, 2022 6:00 PM
**To:** Yesenia Lutes <ylutes@skanemills.com>
**Cc:** Karen Ross <karenross@khrlawgroup.com>; Myranda Matys <Myranda@khrlawgroup.com>; breenarntz@me.com; Laleaque Grad <lgrad@skanemills.com>; Arntz Breen <breen@breen.com>; Samantha Gomez <Samantha@khrlawgroup.com>
**Subject:** [External Sender] Buononato v. Sam's West - Release
**Importance:** High

Good afternoon,

Can you please revise the stipulation and to order include Mr. Arntz for signature instead of Ms. Ross. Please confirm he can authorized his electronic signature.

Sincerely,

Leilani Gonzalez
*Legal Assistant*
The Law Office of Karen H. Ross
2275 Corporate Circle Suite 160
Henderson, Nevada 89074
Phone: (702) 485-4152
Fax: (702) 485-4125

The information in this e-mail and in any attachments is confidential and intended solely for the attention and use of the named person(s). This information may be subject to legal, professional, or other privilege, or may otherwise be protected by work product, immunity or other legal rules. It must not be disclosed to any person without the sender's authority. If you are not the intended recipient, or are not authorized to receive it for the intended recipient, you are not authorized to, and must not, disclose, copy, distribute, or retain this message or any part of it.

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.